**FILED**
Jun 11 2021
11:34 am
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ emilybl           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>NORMAN SCOTT ALLEN,<br><br>　　　　Defendant. | Case No.    '21 CR1757 TWR<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine |
|---|---|

　　　The grand jury charges:

　　　On or about March 18, 2021, within the Southern District of California, defendant NORMAN SCOTT ALLEN did knowingly and intentionally import 500 grams and more, to wit: approximately 19.28 kilograms (42.51 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

　　　DATED: June 11, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: _____
　　SARAH AKHTAR
　　Assistant U.S. Attorney

SSAK:cms:San Diego:6/9/21